AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

CONAL C. DOYLE

2005 JUL 12 A 11: 09

**SUMMONS IN A CIVIL ACTION**

V.

THE JEDBURGH GROUP, INC.

CASE NUMBER:

## 05 11409 NG

TO: (Name and address of Defendant)

    MR. DAVID KEITH FREEMAN
    PRESIDENT
    THE JEDBURGH GROUP, INC.
    120 INTERNATIONAL PARKWAY, SUITE 220
    HEATHROW, FLORIDA 32746

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    CONAL C. DOYLE (PRO SE)

    35 WEST STREET, # 6

    CAMBRIDGE, MASSACHUSETTS 02139

an answer to the complaint which is served on you with this summons, within ___120___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON         7-6-05

CLERK                                     DATE

(By) DEPUTY CLERK

## Seminole County Sheriff's Office - Return of Service

Service #: S05112768
Receipt #: R05084432

**Person or Company To Be Served:** PRESIDENT: DAVID KEITH FREEMAN
2003 LAKE HOWELL LANE  (NEW ADDRESS)
CASSELBERRY, FL

**Plaintiff/Attorney**

IND   555555
CONAL C. DOYLE
35 WEST STREET # 6
CAMBRIDGE, MA 02139

**Plaintiff:** DOYLE, CONAL C.
vs:
**Defendant:** THE JEDBURGH GROUP, INC.

**Case #:** 0511409NG
**Court:** UNITED STATED DISTRICT COURT
**Type of Writ:** 99   SUMMONS/COMPLAINT

**Due Date:** 120 DAYS

Received the above named writ on: 7/12/2005
and served/returned the same on: 8/11/2005   At   10:03AM
in SEMINOLE COUNTY, Florida, as follows:

L Other
EXECUTED THIS WRIT ON THE WITHIN NAMED PRESIDENT, DAVID KEITH FREEMAN BY DELIVERING A TRUE COPY OF THIS WRIT TO LONG, GINNY, PERSON AUTHORIZED TO ACCEPT..................
**Special Remarks:** PAPERS SERVED AT NEW ADDRESS; 2003 LAKE HOWELL LN, CASSELBERRY, FL

Total Deposit Received: $ 20.00
Fee: $20.00

DONALD F. ESLINGER, SHERIFF
SEMINOLE COUNTY, FLORIDA

By: WESTMORELAND, JUSTIN

*[signature]*
Deputy Sheriff



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CONAL C. DOYLE, Plaintiff

V.                                                        CIVIL ACTION

                                                          NO. _____

THE JEDBURGH GROUP, INC., Defendant

COMPLAINT

**05 11409 NG**

Parties

1. The Plaintiff, Conal C. Doyle, is a resident of Cambridge, Massachusetts, Middlesex County, and a citizen of the United States.

2. The Defendant, The Judburgh Group, Inc., is a corporation with its primary business located in Heathrow, Seminole County, Florida 32746. MGEN John K. Singlaub, U.S. Army (ret), chairman of the board, is a citizen of the United States. Mr. David Keith Freeman, president, is a citizen of the United States.

Jurisdiction

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. S1332.

Facts

4. In 2001 Plaintiff entered into a contract with the Defendant, a licensed private investigation firm in the State of Florida, for the recovery of certain assets and paid over $50,000.00 in retainer fees.

5. Mr. David Keith Freeman is licensed with the Security and Exchange Commission (SEC) and a registered member of the National Association of Security Dealers (NASD), as well as a professional private investigator.

6. Over the past four years Defendant has produced no monetary results and refuses to produce any "work product from the investigation" or provide any accounting for time spent since the contract was billed on an hourly basis. Plaintiff made numerous requests for this material as recently as January, 2005.

7. Plaintiff provided Defendant with a complete list of his clients, as well as other highly confidential business information.

8. Plaintiff referred Defendant several other client/lenders for recovery issues which were totally separate and different from Plaintiff's business activities.

9. Defendant used confidential information gained through the client relationship with the Plaintiff to make numerous misrepresentations to clients/lenders with the intent to earn addition fee income.

10. Defendant defamed the character of Plaintiff with numerous client/lenders in an effort to retain Defendant to proceed in action against Plaintiff, a current client of Defendant.

11. Defendant made slanderous statements about Plaintiff in his conduct of business to manipulate these individuals into becoming clients of Defendant and pursue claims against Plaintiff.

12. In May and June 2005 with several major real estate and financial contracts in default Plaintiff has tried to arrange an Offer and Compromise Agreement with his client/lenders in the approximate amount of $1,900,000. Defendant has actively destroyed Plaintiff's business credibility and encouraged many of the clients/lenders to oppose any Offer and Compromise. This proposed agreement excluded additional fee income for Defendant.

# Seminole County Sheriff's Office - Return of Service

Service #: S05112768
Receipt #: R05084432

Person or Company To Be Served: PRESIDENT: DAVID KEITH FREEMAN
2003 LAKE HOWELL LANE (NEW ADDRESS)
CASSELBERRY, FL

Plaintiff/Attorney

IND 555555
CONAL C. DOYLE
35 WEST STREET # 6
CAMBRIDGE, MA 02139

Plaintiff: DOYLE, CONAL C.
vs:
Defendant: THE JEDBURGH GROUP, INC.

Case #: 0511409NG
Court: UNITED STATED DISTRICT COURT
Type of Writ: 99   SUMMONS/COMPLAINT

Due Date: 120 DAYS

Received the above named writ on: 7/12/2005
and served/returned the same on: 8/11/2005   At   10:03AM
in SEMINOLE COUNTY, Florida, as follows:

L Other
EXECUTED THIS WRIT ON THE WITHIN NAMED PRESIDENT, DAVID KEITH FREEMAN BY DELIVERING A TRUE COPY OF THIS WRIT TO LONG, GINNY, PERSON AUTHORIZED TO ACCEPT..................
Special Remarks: PAPERS SERVED AT NEW ADDRESS; 2003 LAKE HOWELL LN, CASSELBERRY, FL

Total Deposit Received: $ 20.00
Fee: $20.00

DONALD F. ESLINGER, SHERIFF
SEMINOLE COUNTY, FLORIDA

By: WESTMORELAND, JUSTIN

Deputy Sheriff

## Seminole County Sheriff's Office - Civil Division

Service Fee Receipt

| | | |
|---|---|---|
| RECEIPT #: **R05084432** | DATE RECEIVED: **7/12/2005  11:44** | # OF PAPERS   1 |

PAYOR NAME: **CONAL C. DOYLE**
PAYOR ADDRESS: **35 WEST STREET # 6**
              **CAMBRIDGE**                    MA         02139
PAYOR PHONE:

CASE #: **0511409NG**

RETURN NAME: **CONAL C. DOYLE**
RETURN ADDRESS: **35 WEST STREET # 6**
                **CAMBRIDGE**                  MA         02139
RETURN PHONE:

COMMENTS:

|   | CHECK #: **08393165324** | CHECK: | $20.00 |
|---|---|---|---|
|   | OTHER COMMENTS: | OTHER: | $0.00 |
|   |   | CASH: | $0.00 |
|   |   | TOTAL: | $20.00 |
|   |   | ADJUSTED TOTAL: | $20.00 |

ENTERED BY: jalbrech          ENTRY DATETIME: 7/12/2005  11:45          Page: Page 1 of 1