UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -3 A 10: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

CONAL C. DOYLE, Plaintiff  )
                           )
V.                         )   CIVIL ACTION
                           )
                           )   NO. 05-11409 NG
                           )
THE JEDBURGH GROUP, INC., Defendant )
                           )

### PLAINTIFF"S MOTION TO DEFAULT FOR FAILURE TO ANSWER IN A TIMELY MANNER (20 DAYS)

NOW COMES the Plaintiff and asks this court to default the Defendant for failure to answer this complaint in a timely manner.

1. Service was provided by the Seminole County Sheriff's Office on the Defendant c/o Mr. Frank Nisi, Registered Agent for The Jedburgh Group, Inc. at 2003 Lake Howell Lane, Casselberry, Florida on August 11, 2005.

2. Defendant is **not licensed** as a Class "A" private investigative firm in the State of Florida according to the Department of Agriculture and Consumer Services. (See Exhibit #1).

3. A letter was sent to Mr. Frank Nisi on September 21, 2005 to remind him that an answer has not been received in this case, USDC No. 05-11409 NG, as well as in the Addison Superior Court Docket No. 164-8-05 Ancv case where The Jedburgh Group, Inc. is a third party Defendant. (Exhibit #2)

THEREFORE, Plaintiff requests a default judgment in the amount of $1,900,000.00. Plaintiff also seeks a permanent injunction against Defendant and his agents and law firms from pursuing Plaintiff where Defendant has broken

confidentiality rules and has a conflict of interest with clients of Plaintiff.


Respectfully submitted,

*Conal C. Doyle* (signature)

Conal C. Doyle (Pro Se)
35 West Street #6
Cambridge, MA. 021239
617-234-8990

Dated: October 3, 2005

*Benjamin O. Samuel* (signature and seal)
BENJAMIN O. SAMUEL
Notary Public
Commonwealth of Massachusetts
My Commission Expires 06/09/2009

EXHIBIT #1



Florida Department of Agriculture and Consumer Services
**CHARLES H. BRONSON**, Commissioner
The Capitol • Tallahassee, FL 32399-0800

Please Respond to:
Division of Licensing
Post Office Box 6687
Tallahassee, Fla. 32314-6687
(850) 487-0482

## CUSTODIAN OF RECORDS

In my capacity as Assistant Director, Florida Department of Agriculture and Consumer Services, Division of Licensing, I am the official Records Custodian for the Division.

I hereby certify that **Erase, Inc.**, Private Investigative Agency License # A 93-00318, was initially issued on July 28, 1994, pursuant to Chapter 493, Florida Statutes. This agency was located at 950 Beresford Way, Lake Mary, FL 32746. This license expired on July 28, 1998, as a result of non-renewal.

A further search indicates that **Robert E. Gott, Jr.,** was listed as the Director and **David Keith Freeman** was listed as the President and Secretary-Treasurer of this agency.

I further certify that the Division of Licensing has no record of licensure in the name of **The Jedburgh Group, Inc**. A diligent search of our records was conducted before making this determination.

*[signature]*
W. H. "Buddy" Bevis
Records Custodian

**Sworn and subscribed before me this 23rd Day of September 2005.**

*[signature]* Marsha B. Stroud
Notary Public

Personally Known: **X**

[Notary seal: Marsha B. Stroud, My Commission Expires December 19, 2005, #DD068093, Bonded thru Troy Fain Insurance, Notary Public, State of Florida]

Fresh
Florida.
**Florida Agriculture and Forest Products**
$53 Billion for Florida's Economy

**CONAL C. DOYLE**
35 West Street, #6
Cambridge, MA. 02139
617-234-8990

September 21, 2005

Mr. Frank Nisi
Attorney at Law
Registered Agent for The Jedburgh Group, Inc.
Suite #100
2003 Lake Howell Lane
Casselberry, Florida 32751

> RE: USDC Civil Action
> No. 05 11409 NG

Dear Mr. Nisi,

On August 11, 2005 the Seminole County Sheriff's Office made service at your office with regard to the above case in United States District Court, District of Massachusetts, copy attached. In error, the time stated for a response to the complaint stated <u>120 days.</u> We realize that the complaint should have been answered in the usual statutory period of <u>20 days</u>. Could you please let me know if your client plans to file an ANSWER?

Meanwhile, on September 7, 2005 the Seminole County Sheriff's Office made service at your office regarding the attached documents in the Addison Superior Court Docket No. 164-8-05 Ancv. The time period to answer is again <u>20 days</u> which means that an ANSWER is due on September 27, 2005.

Cordially yours,


Conal C. Doyle (Pro Se)
617-234-8990

---

**U.S. Postal Service™ Signature Confirmation™ Receipt**

Postage and Signature Confirmation fees must be paid before mailing.

Article Sent To: (To be completed by mailer)

FRANK NISI, ATTORNEY
Suite #100
FLORIDA

Waiver of Signature  ☐ YES  ☐ NO

SIGNATURE CONFIRMATION NUMBER: 2304 1070 0000 6551 3661

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

Postmark Here: CAMBRIDGE SEP 21 2005 USPS

PS Form 153, May 2002                (See Reverse)

Seminole County Sheriff's Office - Return of Service

Service #: S05112768
Receipt #: R05084432

Person or Company To Be Served: PRESIDENT: DAVID KEITH FREEMAN
2003 LAKE HOWELL LANE (NEW ADDRESS)
CASSELBERRY, FL

**Plaintiff/Attorney**

IND          555555
CONAL C. DOYLE
35 WEST STREET # 6
CAMBRIDGE, MA 02139

Plaintiff: DOYLE, CONAL C.
    vs:
Defendant: THE JEDBURGH GROUP, INC.

Case #: 0511409NG
Court: UNITED STATED DISTRICT COURT
Type of Writ: 99   SUMMONS/COMPLAINT

Due Date: 120 DAYS

Received the above named writ on: 7/12/2005
and served/returned the same on: 8/11/2005   At   10:03AM
in SEMINOLE COUNTY, Florida, as follows:

L Other
EXECUTED THIS WRIT ON THE WITHIN NAMED PRESIDENT, DAVID KEITH FREEMAN BY DELIVERING A TRUE COPY OF THIS WRIT TO LONG, GINNY, PERSON AUTHORIZED TO ACCEPT..................
Special Remarks: PAPERS SERVED AT NEW ADDRESS; 2003 LAKE HOWELL LN, CASSELBERRY, FL

Total Deposit Received: $ 20.00
Fee: $20.00

DONALD F. ESLINGER, SHERIFF
SEMINOLE COUNTY, FLORIDA

By: WESTMORELAND, JUSTIN