UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -3  A 10: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CONAL C. DOYLE, Plaintiff ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | NO. 05-11409 NG |
| ) | |
| THE JEDBURGH GROUP, INC., Defendant ) | |

## NOTIFICATION OF SERVICE

I, Conal C. Doyle, Pro Se, hereby swear that I sent a copy of the above Motion to Default to Mr. Frank Nisi, Attorney and Registered Agent, The Jedburgh Group, Inc. at Suite #100, 2003 Lake Howell Lane, Casselberry, Florida, return receipt requested, first class mail, pre-paid, by the United States Postal Service on October 3, 2005.

Conal C. Doyle
35 West Street #6
Cambridge, MA. 02139
617-234-8990

COMMONWEALTH OF MASSACHUSETTS

Middlesex county                                             October 3, 2005

Conal C. Doyle, Vermont drivers license #61787194, signed the above statement of his own free will and attested to the truth of the foregoing statements.

Notary Public

BENJAMIN O. SAMUEL
Notary Public
Commonwealth of Massachusetts
My Commission Expires 08/09/2009