UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| CONAL C. DOYLE,<br><br>   Plaintiff,<br><br>v.<br><br>THE JEDBURGH GROUP, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 05 11409 NG<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S ANSWER TO THE COMPLAINT

Defendant The Jedburgh Group, Inc. (the "Jedburgh Group"), by and through counsel, hereby answers the Complaint of Plaintiff Conal C. Doyle ("Plaintiff") as follows:

  1.  Defendant denies information sufficient to form a belief as to the truth of the allegations set forth in paragraph 1 of Plaintiff's Complaint. As such, these allegations are denied.

  2.  Defendant admits that Mr. David Keith Freeman is its president and a citizen of the United States. Defendant otherwise denies the allegations of paragraph 2 of Plaintiff's Complaint.

  3.  Paragraph 3 of Plaintiff's Complaint states a legal conclusion to which no response is required.

  4.  Defendant denies the allegations of paragraph 4 of Plaintiff's Complaint.

  5.  Defendant denies the allegations of paragraph 5 of Plaintiff's Complaint.

  6.  Defendant denies the allegations of paragraph 6 of Plaintiff's Complaint.

B0435240v1

-2-

7. Defendant denies information sufficient to form a belief as to the truth of the allegations set forth in paragraph 7 of Plaintiff's Complaint. As such, these allegations are denied.

8. Defendant denies information sufficient to form a belief as to the truth of the allegations set forth in paragraph 8 of Plaintiff's Complaint. As such, these allegations are denied.

9. Defendant denies the allegations of paragraph 9 of Plaintiff's Complaint.

10. Defendant denies the allegations of paragraph 10 of Plaintiff's Complaint.

11. Defendant denies the allegations of paragraph 11 of Plaintiff's Complaint.

12. Defendant denies information sufficient to form a belief as to the truth of the allegations set forth in paragraph 12 of Plaintiff's Complaint. As such, these allegations are denied. . Defendant repeats its responses to the preceding paragraphs and denies the bases for Plaintiff's Complaint and that Plaintiff is entitled to relief sought.

13. Paragraph 13 of Plaintiff's Complaint states a legal conclusion to which no response is required. However, to the extent a response may be required, Defendant denies information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13 of Plaintiff's Complaint.

14. Paragraph 14 of Plaintiff's Complaint states a legal conclusion to which no response is required. However, to the extent a response may be required, Defendant denies information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses:

1. Plaintiff has failed to state a claim upon which relief may be granted for all claims.

2. Plaintiff's claims are barred by his own fraudulent activity.

3. Plaintiff's claims are barred by the applicable Statute of Limitations.

4. Plaintiff's claims are barred by laches.

5. Plaintiff's claims are barred by the doctrines of waiver and/or estoppel.

6. Plaintiff has breached the provisions of any contracts and/or agreements with Defendant and is therefore barred from recovery under any such contract.

7. Plaintiff's claim for slander and defamation of character is barred on the basis that any statements made by Defendant with regard to Plaintiff's character are true.

8. Plaintiff's claims are barred by his failure to plead with particularity, as required by Rule 9(b) of the Federal Rules of Civil Procedure.

9. Defendant reserves the right to raise additional affirmative defenses.

Respectfully submitted,

THE JEDBURGH GROUP, INC.
By its attorney,

/s/ Daniel J. Kelly_____
Daniel J. Kelly, BBO No. 553926
Gadsby Hannah, LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

Dated: November 14, 2005

B0435240v1

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the foregoing <u>Defendant's Answer to the Complaint</u> was served on the foregoing party of record pursuant to Fed.R.Civ.P. 5 as follows:

Conal C. Doyle  (VIA HAND DELIVERY)
35 West Street #6
Cambridge, MA  02139
617-234-8990

/s/ Daniel J. Kelly_____
Daniel J. Kelly, BBO No. 553926
Gadsby Hannah, LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

November 14, 2005