UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| CONAL C. DOYLE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE JEDBURGH GROUP, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　C. A. No. 05 11409 NG<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant The Jedburgh Group, Inc., hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss various claims asserted by the Plaintiff Conal C. Doyle's ("Plaintiff") against Defendant. As set forth in the attached Memorandum of Law in Support of Defendant's Motion to Dismiss, Plaintiff's claims of willful breach of client confidentiality, conflict of interest and slander and defamation are not legally cognizable claims upon which relief can be granted. The Complaint fails to set forth a single allegation or any damage caused by Defendant that would support any of the aforementioned claims.

WHEREFORE, Defendant respectfully requests that this Court dismiss Plaintiff's claims against the Defendant with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　THE JEDBURGH GROUP, INC.
　　　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　　　/s/ Daniel J. Kelly_____
　　　　　　　　　　　　　　　　　　　　Daniel J. Kelly, BBO No. 553926
　　　　　　　　　　　　　　　　　　　　Gadsby Hannah, LLP
　　　　　　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
November 14, 2005　　　　　　　　　　　　(617) 345-7000

-2-

## LOCAL RULE 7.1 CERTIFICATION

  I, Daniel J. Kelly, counsel for moving party The Jedburgh Group, Inc., hereby certify that I have conferred with the pro se plaintiff in a good faith attempt to resolve or narrow the issues raised in this motion, but have been unable to do so.

          /s/ Daniel J. Kelly
          Daniel J. Kelly

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that on this day a true copy of the foregoing <u>Defendant's Motion to Dismiss the Complaint</u> was served on the foregoing party of record pursuant to Fed.R.Civ.P. 5 as follows:

Conal C. Doyle (VIA HAND DELIVERY)
35 West Street #6
Cambridge, MA  02139
617-234-8990

                                                  /s/ Daniel J. Kelly_____
                                                  Daniel J. Kelly, BBO No. 553926
                                                  Gadsby Hannah, LLP
                                                  225 Franklin Street
                                                  Boston, MA 02110
November 14, 2005                                (617) 345-7000