```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

CONAL C. DOYLE,
        Plaintiff

      v.                                    C.A. No. 05-11409-NG

THE JEDBURGH GROUP, INC.,
        Defendant.

## ORDER FOR DISMISSAL

GERTNER, D.J.

    In accordance with the Electronic Order entered this date, granting the Defendant's Motion to Dismiss for the reasons stated therein,[1] it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

                                      By the Court,

Dated:    January 30, 2006        s/ Maryellen Molloy
                                                Deputy Clerk

---

[1] The Electronic Order appears on the docket of this case as follows:

> Judge Nancy Gertner : Electronic ORDER entered granting 10 Motion to Dismiss: The defendant filed a motion to dismiss [#10] on 11/14/05. The plaintiff, who is pro se, has not responded. As such, I will dismiss the case without prejudice (meaning that the plaintiff is free to refile).(Gertner, Nancy) (Entered: 01/30/2006)